**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Gaye Lynn Brewer,
_____.

(Enter full name of Plaintiff(s))

vs.

CASE NO: 3:15cv154-RJ/EMT
(To be assigned by Clerk)

Martin Bodenhausen (Ceo)
Andrea Rosenbaum
YMCA NW Florida
Judy front Desk Attendant.
Dan (former mgr) Cook

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I.   PLAINTIFF:**
State your <u>full name</u> and full mailing address in the lines below.

Name of Plaintiff: Gaye Lynn Dilek Brewer
Mailing address: 1414 N. T
Pensacola FL 32505

**II.  DEFENDANT(S):**
State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Martin Bodenhausen
    Official position: CGO
    Employed at: YMCA NW Florida (Palafox)
    Mailing address: Pensacola FL

(2) Defendant's name: Andrea Rosenbaum
    Official position:
    Employed at: YMCA
    Mailing address: YMCA NW Florida (Palafox)
    Pensacola FL

(3) Defendant's name: Judy
    Official position: front desk YMCA
    Employed at: YMCA NW Florida (Palafox)
    Mailing address: Pensacola FL

(4) Defendant's name: Dan Cook
    Official position: Mgr
    Employed at: YMCA NW Florida
    Mailing address: Pensacola FL

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

I filed two reports when this happened; Movement for change and I consulted with Odome Barlow local attorneys and he told me to write charges of discrimination to the Equal Opportunity Commission and the Florida Commission on human Relations. They said I didn't employer relationship, although I couldn't get settled to apply. I was training in yoga & pilates and thinking about it. (Both entities dismissed. I may want to see them too) That morning I went into the YMCA (10/18/13 to take a shower/sauna, I was standing in front of a mirror. A lady got in front of me and the mirror, when she could have gone behind me and slammed a large bag in front of me and yelled excuse me in my face. I was barely awake and it scared me, Plus she was rather large and pushed me out of the way with her hind end. I backed up, turned around and said "Lady that was rude". She popped off about something and as I was walking toward the sauna room, Another lady who came in from the swim room, got in my face with her hand waving yelled Hey, Hey, Hey, Hey =₃... . (yelling) ("I said, "This is like the last temptation of Christ when they are all possessed. Judy who works there, who must have been in swim class, (over)

with them walks out of the shower room & yells immediately "write a complaint against her". Judy lied about the time when I paid for my last dues and I lost a weeks time. This was the second time I was discriminated against by her within that month.

Later at the end of that day before my yoga class, I was back in that room, putting my hair up again, a women I recognized from a ad, who I saw running one day, came in, faced me with no one else in the room, and got completely undressed. I couldn't believe someone would do that. I looked down and saw her pubic hairs right in front of me. I said "lady I don't want to see that" (may have used i.jo) "Why don't you go behind the lockers to do that". I played basketball for 6 years (team) I've never seen people do that before. I didn't know it was Andrea Rosenbawm. Dan told me he had lunch with her. I think it was planned. He later that afternoon 10/21/2013, He brought me in and suspended my membership. It was vital to my life at the and for future employment as a former dance instructor. I loved my yoga instructors. These people lyed and tampered

**IV. STATEMENT OF CLAIMS:** Harassment

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

bullying, discrimination, cheating me out of money 817.49 false Reports/Making false Statements Defamation of charachter/Harassment 839.26 Misuse of Confidential Information. They basically took false reports after an Assault, Made false report by Judy who came in from Swim class and didn't witness. She heard their attack and twisted all the information. She stole money a month or so before. Other people at the desk told me I could pay by the day and then changed her mind.

**V. RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

I would like people that work there not to discriminated. They kept me from teaching level 1, 11 bellydance. Had it where I could not network, Stay clean. Defamed my character after a fire incident $1,000,000.00 damages at least. Please fire everyone involved in defamation and harrassment and Assault

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

April 3, 2015
(Date)

Gaye Lynn Dell Brown
(Signature of Plaintiff)

I consulted attorneys & wrote intake form after intake. The State will not prosecute, maybe its beyond their authority

Revised 07/02